Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS M. CRESCITELLI AND RYAN CALVO,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION AND DOES 1-10,<br><br>Defendants. | Case No. 8:12-cv-00625-DOC-RNB<br><br>Hon. David O. Carter<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order of the Court dated June 5, 2012 [Doc. No. 8], IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: September 10, 2012

*/s/ David O. Carter*

Hon. David O. Carter
United States District Judge